■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN WADE, Appellant. [666 NYS2d 467] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered November 6, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court did not improvidently exercise its discretion by limiting the defendant's examination of one of his witnesses. Even though a defendant has a right to introduce evidence that a person other than himself committed the crime (*see, Chambers v Mississippi,* 410 US 284), the evidence must do more than raise a mere suspicion that another person committed the crime. In this case, the defendant failed to show a clear link between the third party and the crime (*see, People v Felder,* 231 AD2d 589; *People v Rodriguez,* 220 AD2d 699; *People v Austin,* 112 AD2d 242; *People v Aulet,* 111 AD2d 822; *see also, Greenfield v People,* 85 NY 75, 90). Bracken, J. P., Thompson, Krausman and Luciano, JJ., concur.